UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DT FLOORMASTERS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 4:07-cv-0112-DFH-WGH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

FINAL JUDGMENT

The court has issued today its entry granting the United States' motion for summary judgment and denying DT Floormasters, Inc.'s motion for partial summary judgment. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff DT Floormasters, Inc. take nothing by its complaint against defendant United States of America, and that this action is DISMISSED WITH PREJUDICE.

Date: July 10, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk
Copies to:

-2-

Thomas Maurice Beeman
tom@beemanlawoffice.com

Paul Daniel Ludwig
BATOR REDMAN BRUNER SHIVE & LUDWIG, PC
pludwig@batorredman.com